JUDGE DAVID GUADERRAMA

Attachment 2 - EEOC Complaint Form

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
_____El Paso_____ DIVISION

_____Oscar Gonzalez_____

_____

(Name of plaintiff or plaintiffs)

v.

Civil Action Number: **EP23CV0388**

_____El Paso County Sheriff Office_____

(Supplied by Clerk's Office)

_____

(Name of defendant or defendants)

## COMPLAINT

1. This action is brought by _____Oscar gonzalez_____, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[ ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.) Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[ ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[ x ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[ ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[ ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2. Defendant _____El Paso County Sheriff Office_____ (Defendant's name) lives at, or its business is located at _____3850 Justice Drive_____ (street address), _____El Paso_____ (city), _____Texas_____ (state), _____79938_____ (zip).

3a. Plaintiff sought employment from the defendant or was employed by the defendant at ___601 E. Overland Ave._____(street address), El Paso (city), ___Texas_____(state), ___79901_____(zip).

3b. At all relevant times of claim of discrimination, Defendant employed ___500 +___ (#) employees. If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about ___June_____(month) ___02_____(day) _2023_ (year). If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts:_____

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about ___July_____ (month) ___20_____(day) ___2023_____(year). (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on July (month) ___24_____(day) ___2023_____(year). (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE:**   PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

   [ ] Yes
   [ X ] No

**VERY IMPORTANT NOTE:**   IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT

7. Because of plaintiff's:

**(Please select the applicable allegation(s))**

   [ ]   Race (If applicable, state race) _____

   [ ]   Color (If applicable, state color) _____

[ ] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)

[ ] Religion (If applicable, state religion) _____

[ ] National Origin (If applicable, state national origin) _____

[ ] Age (If applicable, state date of birth) _____

[X] Disability (If applicable, state disability) Severe neck injury

[ ] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) _____

The defendant: **(please select all that apply)**

[ ] failed to employ plaintiff.

[X] terminated plaintiff's employment.

[ ] failed to promote plaintiff.

[ ] harassed plaintiff.

[ ] other (specify) _____

8a. State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:** **INCLUDE SPECIFIC DATES, SPECIFIC EVENTS, AND ANY SPECIFIC COMMENTS MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.**

On 06/02/23, I was fired. The Defendant claimed that I did not notify my supervisor and the clinic about a medical emergency that happened on 03/16/23. My supervisor handled the emergency and asked to call the clinic himself. The Defendant used that incident to fired me because of my neck injuries that I suffered at work on 2021.

8b. List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

Sergeant Margie Lopez, Joe Ruelas and Roy Reza

8c. List any **documentation** that would support plaintiff's allegations and explain what the documents will prove:

1. Witness Statement: Floor officer witnessed the Acting Supervisor handling the emergency as well as he telling me not to call the clinic, because he needed to speak with the nurse himself.

2. Activity Sheet: It will show that I was at lunch when the nurse evaluated the inmate and activated EMS.

Rev. Ed. October 26, 2017

3. Squat System Manual: New chain of command system used by the Defendant for more than a year.
4. The Texas Police Misconduct Blog: According to the medical examiner the inmate's death was an accident (Esophageal Rupture Contributing: Acute mixed Drug Toxicity)
5. Worker's Comp Documents: (Court's Decision Letter) It will show the severity of my injury suffered at work on 06/28/21, when I was assaulted by an inmate.
6. Floor Camera's Screen: Limited Visibility.

9. The above acts or omissions set forth in paragraphs 7 and 8 are:

   [ ] still being committed by defendant.
   [ X ] no longer being committed by defendant.

10. Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission. This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[ ] Defendant be directed to employ plaintiff.

[ X ] Defendant be directed to re-employ plaintiff.

[ ] Defendant be directed to promote plaintiff.

[ X ] Defendant be directed to ___restitution back pay and benefits.___
and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Date   10/18/2023

Signature of Plaintiff   *Pro Se*

Address of Plaintiff
10112 Suez Dr.

| City | State | Zip Code |
|------|-------|----------|
| El Paso | Texas | 79925 |

Telephone Number(s)
1(915)740-5696

Rev. Ed. October 26, 2017

31



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

El Paso Area Office
100 N. Stanton Street, Suite 600
El Paso, TX 79901
(800) 669-4000

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 07/24/2023

To: Oscar Gonzalez
10112 Suez Dr
EL PASO, TX 79925
Charge No: 453-2023-01402

EEOC Representative and email:   ALVARO VALDEZ
Federal Investigator
alvaro.valdez@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 453-2023-01402.

On behalf of the Commission,

Digitally Signed By: Travis M. Nicholson
07/24/2023
Travis M. Nicholson
District Director