**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$
Total Postage and Fees
$
Sent To
_____
Street and Apt. No., or PO Box No.
_____
City, State, ZIP+4®

Oscar Gonzalez

10112 Suez Dr.

El Paso, TX 79925

3:23cv388DCG #13

PS Form 3800, April 2015 PSN 7530-02-000-9047

7018 1830 0000 4294 8481